IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEONARD E. DORSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:19-cv-751-ECM |
| | ) | (WO) |
| 22ND JUDICIAL BRANCH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION and ORDER**

On November 25, 2019, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that as follows:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Plaintiff's claims lodged against the named defendants seeking relief for actions which occurred or are now occurring during criminal proceedings before the state courts of Covington County, Alabama, are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii);

3. the Plaintiff's challenges to the constitutionality of the criminal charges pending against him for negotiating worthless instruments and his request for declaratory relief as to such charges are DISMISSED as this Court must abstain from

considering these challenges in accordance with the *Younger v. Harris*, 401 U.S. 37 (1971) abstention doctrine;

    4.    the Plaintiff's claims which go to the fundamental legality of his prior convictions for negotiating worthless instruments and the resulting sentences imposed upon him by the state courts of Covington County, Alabama, are DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as these claims provide no basis for relief in this cause of action; and

    5.    this case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii).

A separate Final Judgment will be entered.

Done this 19th day of December, 2019.

                        /s/ Emily C. Marks
                        EMILY C. MARKS
                        CHIEF UNITED STATES DISTRICT JUDGE